

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00430-CV

| | | |
|---|---|---|
| ROGELIO REGALADO, Appellant | § | On Appeal from the 271st District Court |
| v. | § | of Wise County (CV23-07-542) |
| | § | July 11, 2024 |
| MANAGEMENT & TRAINING CORPORATION, WARDEN L. THOMAS, AND M. REMBERT, Appellees | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to read "that all of Plaintiff's causes of action against Defendants are dismissed without prejudice to refiling of same." It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker